No. 141. NATIONAL MARITIME UNION OF AMERICA, AFL–CIO, *v.* SOCIEDAD NACIONAL DE MARINEROS DE HONDURAS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Herman E. Cooper* and *H. Howard Ostrin* for petitioner. *Charles S. Rhyne, Brice W. Rhyne* and *Thomas P. Brown III* for respondents. ■

No. 412, Misc. WALLACE *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *Andrew J. Goodwin,* Assistant Attorneys General, for respondent.

No. 424, Misc. HOLT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 609, Misc. REIFF *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ■

No. 705, Misc. MAUGERE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 727, Misc. PEARCE *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 733, Misc. TUNNELL *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.